An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH PATTON,
Appellant,
vs.
C. BURSON, A.W.P.; BRIAN
WILLIAMS, WARDEN; OFFICER
HOLLINGSWORTH; JAMES COX,
DIRECTOR; NEVADA DEPARTMENT
OF CORRECTIONS; AND CATHERINE
CORTEZ MASTO, ATTORNEY
GENERAL,
Respondents.

No. 64938

FILED

MAY 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On February 26, 2014, this court placed this appeal into the Civil Proper Person Pilot Program and gave appellant 40 days to file and serve his civil proper person appeal statement. Appellant's civil appeal statement was due in this court by April 7, 2014. To date, appellant has failed to file his civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Parraguirre_____, J.
Parraguirre

_____Saitta_____, J.
Saitta

14-15508

cc: Hon. Elissa F. Cadish, District Judge
Kenneth Patton
Attorney General/Carson City
Eighth District Court Clerk